# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHEE ABD' RASHEED,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HEDGPETH, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:07-cv-01631-AWI DLB PC<br><br>ORDER FINDING PLAINTIFF INELIGIBLE TO PROCEED IN FORMA PAUPERIS IN THIS ACTION, AND REQUIRING PLAINTIFF TO PAY $350.00 FILING FEE IN FULL WITHIN THIRTY DAYS OR THIS ACTION WILL BE DISMISSED |

Plaintiff Tahee Abd' Rasheed ("plaintiff"), also known as James E. Smith, California Inmate J-74120, is a state prisoner proceeding pro se.[1]  On November 9, 2007, plaintiff filed a civil action seeking relief pursuant to 28 U.S.C. § 1651 (the All Writs Act), and 5 U.S.C. §552(a).

28 U.S.C. § 1915 governs proceedings in forma pauperis. Section 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." Plaintiff has had three or more actions dismissed as frivolous, as malicious, or for failing to state a claim upon which relief may be granted.[2]  Thus, plaintiff is subject to 28 U.S.C. §

---

[1] Plaintiff neither paid the filing fee nor filed an application to proceed in forma pauperis.

[2] The Court takes judicial notice of Smith v. Holm, 3:06-cv-05992-SI, dismissed January 22, 2007 for failure to state a claim; Smith v. Does, et al., 1:07-cv-00509-LJO-SMS, dismissed May 4, 2007 as frivolous, malicious, and for failure to state a claim; Smith v. Scribner, 1:06-cv-00310-AWI-NEW (DLB), dismissed May 9, 2007 for failure to state a claim; Smith v. Social Security Administrative Office, Employees, 1:07-cv-00531-AWI-

1 1915(g) and is precluded from proceeding in forma pauperis unless plaintiff is, at the time the
2 complaint is filed, under imminent danger of serious physical injury.

3      A review of plaintiff's complaint reveals that plaintiff has alleged no facts that support a
4 finding that he is under imminent danger of serious physical injury. Plaintiff may not proceed in
5 forma pauperis in this action, and must submit the appropriate filing fee in order to proceed with this
6 action.

7      Based on the foregoing, it is HEREBY ORDERED that:

8     1.    Pursuant to 28 U.S.C. § 1915(g), plaintiff is ineligible to proceed in forma pauperis
9          in this action;

10     2.    Plaintiff shall submit the $350.00 filing fee in full within **thirty (30) days**; and

11     3.    If plaintiff fails to pay the $350.00 filing fee in full within thirty days, this action will
12          be dismissed, without prejudice.

14 IT IS SO ORDERED.

15     **Dated:**   **June 30, 2008**          /s/ **Dennis L. Beck**
                                             UNITED STATES MAGISTRATE JUDGE

28 SMS, dismissed May 9, 2007 for failure to state a claim; and Smith v. Board of Prison Terms Personnel, et al., 1:06-cv-01434 LJO NEW (DLB), dismissed August 16, 2008 for failure to state a claim.